| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  NIRAV K. DESAI<br>   KEVIN C. KHASIGIAN<br>3  Assistant U. S. Attorneys<br>   501 I Street, Suite 10-100<br>4  Sacramento, CA 95814<br>   Telephone: (916) 554-2700 | **FILED**<br>MAR 25 2016<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>        DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

US BANK CHECK NO. 3888508237 FOR $50,000.00 DATED JANUARY 9, 2015, MADE PAYABLE TO ABHIJIT PRASAD,

CHASE BANK CHECK NO. 9439615735 FOR $4,550.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD,

CHASE BANK CHECK NO. 9037112846 FOR $4,796.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD, and

WEST GATE BANK CHECK NO. 223067 FOR $8,323.00 FROM RAVI MAKKAPATI DATED DECEMBER 12, 2015, MADE PAYABLE TO ABHIJIT PRASAD,

Defendants.

2:16 - SW - 1 6 5   KJN

ORDER TO NEGOTIATE CHECKS

**ORDER**

For the reasons set forth in the United States' Application, the Court hereby grants the U.S. Marshals Service and/or U.S. State Department Diplomatic Security Service authority to negotiate the following checks by depositing them into their Asset Forfeiture suspense account:

    a.    West Gate Bank check no. 223067 for $8,323.00 from Ravi Makkapati dated December 12, 2015, made payable to Abhijit Prasad;

1

Order to Negotiate Checks

    b.    US Bank check no. 3888508237 for $50,000.00 dated January 9, 2015, made payable to Abhijit Prasad;

    c.    Chase Bank check no. 9439615735 for $4,550.00 from Jagdish Nargunde dated July 22, 2015, made payable to Abhijit Prasad; and

    d.    Chase Bank check no. 9037112846 for $4,796.00 from Jagdish Nargunde dated July 22, 2015, made payable to Abhijit Prasad;

The U.S. Marshals Service shall maintain the resulting funds pending further Order of the Court.

**IT IS HEREBY ORDERED.**

Dated: March 25, 2016

KENDALL J. NEWMAN
United States Magistrate Judge