

1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   KEVIN C. KHASIGIAN
3  Assistant U. S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5
   Attorneys for the United States
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEIZURE OF: | 2:16-SW-0165-KJN
                                       2:16-SW-0166-KJN
12 | $130,000.00 IN U.S. CURRENCY,    | 2:16-SW-0167-KJN
                                       2:16-SW-0168-KJN
13 | $177,820.00 IN U.S. CURRENCY,    | 2:16-SW-0169-KJN
                                       2:16-SW-0170-KJN
14 | US BANK CHECK NO. 3888508237 FOR
   | $50,000.00 DATED JANUARY 9, 2015,
15 | MADE PAYABLE TO ABHIJIT PRASAD,
                                       ORDER RE: REQUEST TO UNSEAL
16 | CHASE BANK CHECK NO. 9439615735   DOCUMENTS
   | FOR $4,550.00 FROM JAGDISH
17 | NARGUNDE DATED JULY 22, 2015, MADE
   | PAYABLE TO ABHIJIT PRASAD,
18
   | CHASE BANK CHECK NO. 9037112846
19 | FOR $4,796.00 FROM JAGDISH
   | NARGUNDE DATED JULY 22, 2015, MADE
20 | PAYABLE TO ABHIJIT PRASAD, and

21 | WEST GATE BANK CHECK NO. 223067
   | FOR $8,323.00 FROM RAVI MAKKAPATI
22 | DATED DECEMBER 12, 2015, MADE
   | PAYABLE TO ABHIJIT PRASAD,
23
                    Defendants.
24

25      Upon application of the United States of America and good cause having been shown, IT IS

26 HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above captioned

27 ///

28 ///

                                            1

1 proceedings be and are hereby unsealed.

2 Date: Dec 27, 2016

KENDALL J. NEWMAN
United States Magistrate Judge

Order Re: Request to Unseal Documents